IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES and MARIO DELGADO-PAZ, a/k/a Fernando Ramos-Quiles, a/k/a Wetto, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for dismissal of Count VIII (Filing No. 36).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for dismissal of Count VIII is granted; Count VIII of the superseding indictment is dismissed without prejudice as it relates to defendant Mario Delgado-Paz.

DATED this 10th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court