IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO DELGADO-PAZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised that defendant wishes to enter a plea. The Rule 11 hearing will be scheduled before the undersigned, and the hearing presently scheduled before the Honorable Thomas D. Thalken on September 1, 2006, is cancelled. Accordingly,

IT IS ORDERED that a Rule 11 hearing in this matter is scheduled for:

**Thursday, August 31, 2006, at 2:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 25th day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court