IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:06CR211
                             )
       v.                    )
                             )
MARIO DELGADO-PAZ, a/k/a     )         ORDER
Fernando Ramos-Quiles,       )
                             )
            Defendant.       )
_____ )
```

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 51). The Court finds defendant's motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; sentencing is rescheduled for:

**Thursday, November 16, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 16th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court